43 F.3d 1462
 Reilly (Edwin F., II)
v.
Commonwealth of Pennsylvania, Preate (Ernie), Attorney
General, Altoona Police Officer Bistline (George), Altoona
Police Officer Bohner (Sgt. R.), Altoona Police Officer
Grimme (R.), Dunn (James), Agent for Altoona Police, Agents
for Commonwealth of Pennsylvania
 NO. 94-3233
 United States Court of Appeals,
Third Circuit.
 Nov 02, 1994
 
 Appeal From: W.D.Pa., No. 93-cv-00293J,
 Smith, J.
 
 
 1
 AFFIRMED.